UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                CASE NO.: 16-22322-RBR
                                                                                Chapter 11

BARRY S. MITTELBERG, P.A.,

                   Debtor.                 /

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Notice of Hearing (D.E. #15) on the Application to Employ Stan L. Riskin, Esq. as Attorney for the Debtor (D.E. #13), along with a true copy of the Application, was served to all parties on the attached Court's mailing matrix either electronically via **CM/ECF** or by 1st Class US Mail for those parties not entitled to electronic service, on this 11th day of October, 2016.

                                            Advantage Law Group, P.A.
                                            *Attorney for the Debtor in Possession*
                                            950 S. Pine Island Rd., Ste A-150
                                            Plantation FL, 33324
                                            Phone:     954-727-8271
                                            Fax:        954-727-8274

                                            By:    */s/ Stan L. Riskin*
                                                   Stan L. Riskin, Esq.
                                                   Florida Bar No.: 129106
                                                   Stan.riskin@gmail.com