| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-22322-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Oct 11 17:14:05 EDT 2016 | Barry S. Mittelberg, P.A.<br>1700 N. University Dr.<br>Ste 300<br>Coral Springs, FL 33071-8970 | Apex Reporting Group<br>12 SE 7th St Ste 702<br>Fort Lauderdale, FL 33301-3469 |
| Barry S. Mitteberg<br>1700 N University Dr Ste 300<br>Coral Springs, FL 33071-8970 | Caplan, Caplan & Caplan Process Server<br>1255 Orange Isle Ste 106<br>Fort Lauderdale, FL 33315-1654 | Coral Springs Mini Storage<br>12001 NW 35th St<br>Coral Springs, FL 33065-2562 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Fortis Southeast LLC<br>7050 W Palmetto Park Rd # 15654<br>Boca Raton, FL 33433-3426 | Fox Funding<br>345 7th Ave<br>New York, NY 10001-5006 |
| Funding Circle Collections<br>PO Box 398383<br>San Francisco, CA 94139-8383 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kabbage<br>925B Peachtree St NE Ste 1688<br>Atlanta, GA 30309-4498 |
| Lynch & Trapp Investments LLC<br>1700 N University Dr Ste 200<br>Coral Springs, FL 33071-8970 | Moss & Barnett, PA Trust Account<br>150 S 5th St Ste 1200<br>Minneapolis, MN 55402-4138 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Quarterspot Loan<br>333 7th Ave Rm 1402<br>New York, NY 10001-5791 | Sun Sentinel Company LLC<br>PO Box 87410<br>Carol Stream, IL 60188-7410 | The Business Backer<br>10101 Alliance Rd Ste 140<br>Cincinnati, OH 45242-4715 |
| Wells Fargo Bank<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | Stan Riskin<br>950 S Pine Island Rd. #A-150<br>Plantation, FL 33324-3918 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dell Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |